FILED
07 MAR 12 AM 8:42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: POC  DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GOMES,<br><br>                       Plaintiff,<br>vs.<br><br>F/M "KISMET" her engines, tackle an appurtenances; EDWARD MITCHEL JR.,<br><br>                      Defendant. | CASE NO. 06CV256 R (POR)<br><br>ORDER GRANTING JOINT STIPULATION TO DISMISS |

Having reviewed the parties' joint stipulation to dismiss this case and good cause appearing, the joint stipulation to dismiss this case is granted. The Clerk shall dismiss this action with prejudice.

DATED: March 8, 2007

_____
John S. Rhoades, Judge
United States District Court